# ELECTRONIC RECORD

181-15
182-15

COA #   02-13-00573-CR          OFFENSE:   OTHER CRIMINAL

STYLE:   Broderick Lamond Gamble v. The
State of Texas                    COUNTY:   Tarrant

COA DISPOSITION:   AFFIRMED        TRIAL COURT:   County Criminal Court No. 5

DATE: 01/15/15          Publish: NO   TC CASE #:   1289513

---

# IN THE COURT OF CRIMINAL APPEALS

181-15
182-15

STYLE:   Broderick Lamond Gamble v. The
State of Texas                    CCA #: _____

__APPELLANT'S__   Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:   DATE: _____

___REFUSED___                     JUDGE: _____

DATE: __04/01/2015__              SIGNED: _____        PC: _____

JUDGE: __Per Curiam__             PUBLISH: _____       DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____